UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RICHARD PAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., et al.,<br><br>　　　　　Defendants. | Case No.: C 05-5208 RMW (PVT)<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL** |

On January 23, 2006, Plaintiff filed a motion to compel discovery.[1] Defendants opposed the motion. Having reviewed the moving, opposition and reply papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that no later than February 22, 2006, counsel shall meet and confer *in person* regarding the remaining discovery items in dispute. In the event the parties cannot resolve the remaining disputes regarding the discovery, then no later than February 24, 2006, the parties shall file a joint supplemental brief, setting forth: 1) each discovery item that remains in dispute; 2) Plaintiff's position regarding each such item; and 3) Defendants' position regarding each such item. The prior meet and confer efforts were minimal and from the reply brief it appears further

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

meet and confer at this time would be useful. The hearing remains scheduled for 10:00 a.m. on February 28, 2006.

The court finds that the arbitration discovery requests–and Plaintiff's potential remedies for noncompliance with those requests–survived removal of this action to federal court. Although the case law is not entirely clear regarding the effect of removal on discovery propounded in a civil action, the discovery at issue in this motion was *not* propounded as part of a civil action. California Insurance Code section 11580.2, which governs the arbitration discovery at issue here, is independent of any civil action. Thus the removal of this action had no effect on Plaintiff's right to move to compel the arbitration discovery. Section 11580.2 provides that either the insured or the insurer may apply to "any proper court" for relief in connection with discovery propounded in preparation for arbitration. The only impact of the removal was to change the venue of the "proper court" from state court to this court.

Dated: *1/15/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge