**E-FILED on** ___3/31/06___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RICHARD PAN, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM INSURANCE COMPANIES; and DOES 1 through 50, inclusive, <br><br> Defendants. | No. C-05-05208 RMW <br><br> ORDER GRANTING IN PART DEFENDANT'S MOTION TO STAY THE ACTION UNTIL COMPLETION OF ARBITRATION <br><br> [Re Docket Nos. 27, 36, 48] |

Defendant State Farm Mutual Automobile Insurance Company moves to stay plaintiff Albert Pan's case during arbitration between the parties. The court grants in part and denies in part State Farm's motion for a stay of proceedings as follows:

1. Pan's second, first, third, fourth, and fifth claims are stayed pending completion of the arbitration between the parties or until further order of this court, whichever occurs first.

2. This partial stay will lift automatically upon the filing with this court by either party of the final decision in the arbitration between the parties.

3.   The parties, however, are to fully comply with any outstanding discovery orders from the magistrate judge.

DATED:   3/31/06                             /s/ Ronald M. Whyte
                                             RONALD M. WHYTE
                                             United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Richard Swensen
William C. Dresser          loofwcd@aol.com

**Counsel for Defendants:**

Stephen P. Ellingson        sellingson@hayesdavis.com
Stephen M. Hayes            shayes@hayesdavis.com
David Grahame Hysinger      dave@pave-bogaards.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/31/06                 /s/ JH
                              **Chambers of Judge Whyte**