**United States District Court**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RICHARD PAN,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., et al.,<br><br>        Defendants. | Case No.: C 05-5208 RMW (PVT)<br><br>**ORDER RE STAY OF PENDING DISCOVERY MOTIONS** |

On March 31, 2006, District Judge Whyte issued an order staying this action. Although the order requires the parties to comply with any outstanding discovery orders, it does not make any exception to the stay for pending arbitration-related discovery motions. From the fact both sides have continued to file discovery motions regarding the arbitration discovery pursuant to California Insurance Code Section 11580.2, it appears both parties believed the stay would not affect discovery motions filed in connection with the UIM arbitration proceedings. However, absent a modification of the District Court's order staying this action, all such motions are currently deemed stayed. If the parties wish to proceed with the pending discovery motions, they must seek modification of the District Court's order staying the case.

Dated: *4/3/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*