E-FILED on     4/10/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RICHARD PAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM INSURANCE COMPANIES; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. C-05-05208 RMW<br><br>ORDER DENYING IN PART AND GRANTING IN PART MOTION TO MODIFY MARCH 31, 2006 ORDER & DENYING MOTION TO SHORTEN TIME<br><br>**[Re Docket Nos. 87, 88, 89]** |

　　Plaintiff Albert Pan moves *ex parte* for an order modifying this court's March 31, 2006 order and to shorten time on the hearing of that motion. Plaintiff has not complied with either Civil L.R. 6-3(a)(2) or 7-10(a). Plaintiff's motion is therefore, except as noted below, denied.[1]

　　Defendant State Farm Automobile Insurance Company generally opposes plaintiff's motion, except that defendant agrees the stay should be lifted as to discovery matters related to the parties'

---

[1] The court's March 31, 2006 order stayed all claims in the action and should be read suspend any discovery obligations under the court's December 16, 2005 order and continue the April 14, 2006 case management conference to a date to be determined by the court after the stay is lifted. The order should not be read to stay the parties' arbitration related to underinsured motorist coverage.

ORDER DENYING IN PART AND GRANTING IN PART MOTION TO MODIFY MARCH 31, 2006 ORDER & DENYING MOTION TO SHORTEN TIME—No. C-05-05208 RMW
JAH

1  arbitration of plaintiff's underinsured motorist coverage claim.  The court will therefore lift the stay
2  of this action to allow the parties to conduct discovery related to the arbitration, including filing
3  discovery motions before the magistrate judge assigned to this case.

5  DATED:      4/10/06                             /s/ Ronald M. Whyte
                                                    RONALD M. WHYTE
6                                                   United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Richard Swensen
William C. Dresser          loofwcd@aol.com

**Counsel for Defendants:**

Stephen P. Ellingson        sellingson@hayesdavis.com
Stephen M. Hayes            shayes@hayesdavis.com
David Grahame Hysinger      dave@pave-bogaards.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/10/06                    /s/ JH
                                   **Chambers of Judge Whyte**