United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11 ALBERT RICHARD PAN,                    )          Case No.: C 05-5208 RMW (PVT)
                                          )
12          Plaintiff,                    )          **ORDER RE SCHEDULE FOR PENDING**
                                          )          **DISCOVERY MOTIONS**
13          v.                            )
                                          )
14 STATE FARM MUTUAL AUTOMOBILE )
   INSURANCE CO., et al.,                 )
15                                        )
            Defendants.                   )
16 _____ )

17          On March 31, 2006, District Judge Whyte issued an order staying this action.  On April 10,

18 2006, Judge Whyte modified his order to allow the parties to conduct discovery related to the under-

19 insured motorist arbitration, including any discovery motions related to the arbitration discovery.

20 Therefore,

21          IT IS HEREBY ORDERED that Plaintiff's Motion for Protective Order Re Demand and

22 Disclosure of Experts, and Plaintiff's related Motion for Sanctions, shall be heard on April 25, 2006,

23 as previously scheduled.  Defendant's opposition shall be filed no later than April 14, 2006.

24 Plaintiff's reply shall be filed no later than April 19, 2006.

25          IT IS FURTHER ORDERED that Plaintiff's Motion to Compel, and related Motion for

26 Sanctions shall be heard on May 2, 2006, as previously scheduled.  Defendant's opposition shall be

27 filed no later than April 18, 2006.  Plaintiff's reply shall be filed no later than April 25, 2006.

28          IT IS FURTHER ORDERED that Defendant's Motion for Protective Order shall be heard on

1   May 2, 2006, as previously scheduled.  Plaintiff's opposition shall be filed no later than April 18,

2   2006.  Defendant's reply shall be filed no later than April 25, 2006.

3          IT IS FURTHER ORDERED that, no later than April 14, 2006, the parties shall file a joint

4   statement informing the court of the current schedule for the under-insured motorist arbitration.

5   Dated: *4/10/06*

6

7   PATRICIA V. TRUMBULL
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

ORDER, *page 2*