1 William C. Dresser #104375
  Richard Swenson   #221586
2 4 North Second Street, Suite 1230
  San Jose, CA 95113-1307
3 Tel:   408\279-7529
  Fax:   408\298-3306
4
  Attorneys for Plaintiff
5 Albert Richard Pan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/17/06*

Albert Richard Pan,

    Plaintiff,

vs.

State Farm Mutual Automobile Insurance Company, State Farm Insurance Companies, and Does one through fifty, inclusive,

    Defendants.

No:   C 05 05208 RMW

Stipulation for Rule 41(a)(1)(ii) Dismissal and proposed Order

It is hereby agreed between Albert Richard Pan, Plaintiff in U.S. District Court, N.D. California action C 05 05208 RMW, entitled "Albert Richard Pan, Plaintiff, vs. State Farm Mutual Automobile Insurance Company, State Farm Insurance Companies, and Does one through fifty, inclusive, Defendants" on one part and State Farm Mutual Automobile Insurance Company, defendant in action C 05 05208 RMW, of a voluntary dismissal pursuant to Rule 41(a)(1)(ii) of the first and second causes of action pled in the "Complaint for Declaratory Relief, For Injunctive Relief for Discovery and Judgment on Arbitration Award in Connection with UIM Claim, and For Damages: Breach of Contract-Insurance, Breach of Implied Covenant, and Bad Faith" which was initially filed in Santa Clara Superior Court action 1-05-CV-052225.  This case is hereby dismissed as to those

causes of action.

This dismissal is without prejudice to all rights and claims, if any, that the parties may have under the remaining causes of action of the Complaint or any Answer or defense thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed by me on November 12, 2006, at San Jose, California.

/William C. Dresser/

Approval for this Dismissal Is Stipulated to on Behalf of All Defendants

Dated: November 15, 2006

/Stephen Hayes/
Stephen Hayes
Attorney for Defendant
State Farm Mutual Automobile Insurance Company

[proposed] ORDER

IT IS SO ORDERED:

The first and second causes of action of Plaintiff's complaint are dismissed without prejudice.

Dated: November 17, 2006

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court Judge

Pan_Stat\Pld\Federal\Rule41.b12

---

Pan v State Farm; US Dist Ct, ND Cal. C 05 05208 RMW
Dismissal of First and Second Causes of Action of Complaint                    2