**E-FILED on** ___6/8/07___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT RICHARD PAN,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM INSURANCE COMPANIES; and DOES 1 through 50, inclusive,<br><br>          Defendants. | No. C-05-05208 RMW<br><br><br>JUDGMENT |

On June 8, 2007, the court issued an order granting summary judgment in favor of defendants State Farm Mutual Automobile Insurance Company and State Farm Insurance Companies as to all of plaintiff Albert Richard Pan's remaining claims.  Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of defendants and that plaintiff take nothing by way of his complaint.

DATED:     6/8/07                              *Ronald M. Whyte*
                                                              RONALD M. WHYTE
                                                              United States District Judge

JUDGMENT—No. C-05-05208 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Richard Swensen
William C. Dresser         loofwcd@aol.com

**Counsel for Defendants:**

Stephen P. Ellingson       sellingson@hayesdavis.com
Stephen M. Hayes           shayes@hayesdavis.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    6/8/07                                    /s/ MAG
                                              **Chambers of Judge Whyte**